# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 11-21650-REB |
| **CLARKESVILLE LIQUIDATION** ) | |
| **INC.**, *et al.*, f/d/b/a Scovill Fasteners ) | Chapter 7 |
| Inc., *et al.*, ) | |
| ) | |
| **Debtors.** ) | |
| _____ ) | |
| ) | |
| **S. GREGORY HAYS, Chapter 7** ) | |
| **Trustee,** ) | |
| ) | |
| Plaintiff, ) | Adv. Proc. No. 13-02072-reb |
| ) | |
| v. ) | |
| ) | |
| **JOHN S. JAMES CO.,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF DISMISSAL

Plaintiff S. Gregory Hays, as Chapter 7 Trustee for Clarkesville Liquidation Inc., et al., pursuant to the Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A), hereby voluntarily dismisses this adversary proceeding with prejudice.

Dated:  August 15, 2013     **GREENBERG TRAURIG, LLP**

                     /s/ John D. Elrod
John D. Elrod, Georgia Bar No. 246604
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia  30305
Telephone - (678) 553-2259
Facsimile - (678) 553-2269
elrodj@gtlaw.com
*Attorneys for Plaintiff S. Gregory Hays, as Chapter 7 Trustee for Clarkesville Liquidation Inc., et al.*

ATL 19274001v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2013, I served a copy of the foregoing *Notice of Dismissal* on the Defendant via electronic mail as follows:

Marshall M. Bandy, Jr.
Email: mbandy@bandylaw.com
***Attorney for Defendant***

Dated:  August 15, 2013

      /s/ John D. Elrod
      John D. Elrod